[Nos. 35840-5-I; 35875-8-I.   Division One.   March 2, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN KEITH RONQUILLO, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN KEITH RONQUILLO, ET AL., *Defendants*, CESAR FRASCO SARAUSAD II, *Appellant*.

Appeals from judgments of the Superior Court for King County, Nos. 94-1-02988-2, 94-1-02227-6, Larry A. Jordan, J., entered December 20, 1994. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Coleman and Grosse, JJ.

[No. 36653-0-I.   Division One.   March 2, 1998.]

*In the Matter of the Marriage of* ROSS T. COOGAN, *Appellant*, and DREA J. COOGAN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 94-3-00119-5, Anthony P. Wartnik and Nicole MacInnes, JJ., entered April 21, 1995 and May 14, 1996. *Affirmed* by unpublished opinion per Kennedy, A.C.J., concurred in by Coleman and Webster, JJ.

[No. 38059-1-I.   Division One.   March 2, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTIN B. HOWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-1-01100-9, Larry E. McKeeman, J., entered January 18, 1996. *Affirmed* by unpublished per curiam opinion.